**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| ANIL OLI | CIVIL ACTION NO. 26-0613 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BRIAN ACUNA, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner Anil Oli's petition (Record Document 1) is hereby **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of October, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE